# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LEANORA A. ROYSTER, | : | |
| Plaintiff, | : | |
| | | Case No. 3:08CV009 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| PACIFIC CREDITORS, ASSOCIATION, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JUNE 20, 2008 (Doc. #27); GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Doc. #26); AND DIRECTING MAGISTRATE JUDGE SHARON L. OVINGTON TO CONDUCT A HEARING PURSUANT TO FED. R. CIV. P. 55(b) TO DETERMINE THE AMOUNT OF PLAINTIFF'S DAMAGES, INTEREST, COSTS, AND FEES APPLICABLE AGAINST DEFENDANT PACIFIC CREDITORS ASSOCIATION**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #27), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on June 20, 2008 (Doc. #27) is ADOPTED in full;

2. Plaintiff's Motion for Default Judgment (Doc. #26) is GRANTED; and,

3.       United States Magistrate Judge Sharon L. Ovington shall forthwith conduct a hearing pursuant to Fed. R. Civ. P. 55(b) and prepare a Report and Recommendations resolving the amount of Plaintiff's damages, interest, costs, and fees applicable against Defendant Pacific Creditors Association.

                                                                               */s/ Walter Herbert Rice*
                                                           Walter Herbert Rice
                                                    United States District Judge