IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LEANORA A. ROYSTER, | : | |
| Plaintiff, | : | |
| | | Case No. 3:08CV009 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| PACIFIC CREDITORS, | | |
| ASSOCIATION, *et al.*, | : | |
| Defendants. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON SEPTEMBER 30, 2008 (Doc. #37); GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Doc. #26); DIRECTING THE CLERK OF COURT TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT PACIFIC CREDITORS ASSOCIATION AND IN FAVOR OF PLAINTIFF, PURSUANT TO FED. R. CIV. P. 55(b), IN THE TOTAL AMOUNT OF $61,500.50; AND REFERRING THE MATTER TO THE CLERK OF COURT FOR DETERMINATION OF COSTS**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #37), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 30, 2008 (Doc. #37) is ADOPTED in full;

2. Plaintiff's Motion for Default Judgment (Doc. #26) is GRANTED;

3. The Clerk of Court is directed to enter default Judgment against Defendant Pacific Creditors Association and in favor of Plaintiff, pursuant to Fed. R. Civ. P. 55(b), in the amount of $61,500.00; and

4. Referring the matter to the Clerk of Court for determination of costs.

_____
Walter Herbert Rice
United States District Judge