IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEANORA M. ROYSTER, :

    Plaintiffs, :

                                   Case No. 3:08cv00009

vs. :   District Judge Walter Herbert Rice
                                   Magistrate Judge Sharon L. Ovington

PACIFIC CREDITORS ASSOCIATION,
et al., :

    Defendants. :

---

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON DECEMBER 21, 2009 (Doc. #60); GRANTING JEFFREY C. TURNER, ESQ.'S, BOYD W. GENTRY, ESQ.'S AND CHRISTOPHER T. HERMAN, ESQ.'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT PACIFIC CREDITORS ASSOCIATION (Doc. #58); DENYING DEFENDANT PACIFIC CREDITORS ASSOCIATION'S MOTION FOR RELIEF FROM JUDGMENT (Doc. #45); TERMINATING THIS REOPENED MATTER ON THE DOCKET OF THE COURT**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #60), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1.     The Report and Recommendations filed on December 21, 2009 (Doc. #60) is **ADOPTED** in full;

2.  Jeffrey C. Turner, Esq.'s, Boyd W. Gentry, Esq.'s and Christopher T. Herman, Esq.'s Motion for Leave to Withdraw as Counsel for Defendant Pacific Creditors Association (Doc. #58) is GRANTED;

3.  Defendant Pacific Creditors Association's Motion for Relief from Judgment (Doc. #45) is DENIED; and

4.  This reopened matter is terminated on the docket of the Court.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　United States District Judge